IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCITY, et al., <br><br> Defendants. | Case No. 24-cv-12652 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Beth W. Jantz** |

**PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT
AS TO CERTAIN DEFENDANTS**

Plaintiff NBA Properties, Inc. ("NBAP" or "Plaintiff") filed a Complaint against Defendants etjjghj56 (Def. No. 105) and Sagedarz (Def. No. 132) (the "Defendants") on December 9, 2024. Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint and have agreed to entry of the proposed Consent Judgment. Plaintiff now moves this Honorable Court for the entry of a Consent Judgment as to Defendants etjjghj56 (Def. No. 105) and Sagedarz (Def. No. 132). A copy of the proposed Consent Judgment has been submitted Proposed_Order_Wood@ilnd.uscourts.gov.

1

Dated this 13th day of March 2025.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　<u>/s/ Allyson M. Martin</u>
　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　　Kahlia R. Halpern
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　200 W. Madison St. Suite 2100
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　amartin@gbc.law
　　　　　　　　　　　　　　　　　　　khalpern@gbc.law

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff NBA Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March 2025 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
200 W. Madison St. Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*